*E. B. Martindale*, for the state.

----

### HORNBECK *v.* THE STATE.

ERROR to the *Pulaski* Circuit Court.

*Per Curiam.*—This case involves the same question as that of *Wright* v. *Flora*, and *McCool* v. *The State*, at the present term. For the reasons there given, the Court below had no jurisdiction.

The judgment is reversed.

*L. Chamberlain*, for the appellant.

*R. A. Riley*, *N. B. Taylor* and *J. Coburn*, for the state.